Submit this form by e-mail to:

CrimIntakeCourtDocs-LA@cacd.uscourts.gov  For Los Angeles criminal duty.
CrimIntakeCourtDocs-SA@cacd.uscourts.gov  For Santa Ana criminal duty.
CrimIntakeCourtDocs-RS@cacd.uscourts.gov  For Riverside criminal duty.

FILED

2022 JUN 15  AM 10:29

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY: ___van___

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br>V.<br>PLAINTIFF | CASE NUMBER:<br>21-cr-00091-JSC-1 |
| CORY JOHN MCGILLOWAY<br>USMS# _____ DEFENDANT | REPORT COMMENCING CRIMINAL ACTION |

TO: CLERK'S OFFICE, U.S. DISTRICT COURT

MJ 22-02347

All areas must be completed. Any area not applicable or unknown should indicate "N/A".

1. The defendant was arrested in this district on  5/23/2022  at  n/a  ☐ AM ☐ PM
   or
   The defendant was arrested in the  N/A  District of _____ on _____ at _____ ☐ AM ☐ PM

2. The above named defendant is currently hospitalized and cannot be transported to court for arraignment or any other preliminary proceeding:   ☐ Yes   ☒ No

3. Defendant is in U.S. Marshals Service lock-up (in this court building):   ☐ Yes   ☒ No

4. Charges under which defendant has been booked:
   18 U.S.C § 3146 - Failure to Appear

5. Offense charged is a:   ☐ Felony   ☐ Minor Offense   ☐ Petty Offense   ☒ Other Misdemeanor

6. Interpreter Required:   ☒ No   ☐ Yes   Language: _____

7. Year of Birth: 1989

8. Defendant has retained counsel:   ☐ No
   ☒ Yes   Name: Elisee Larouche   Phone Number: 415-830-7519

9. Name of Pretrial Services Officer notified: N/A

10. Remarks (if any): _____

11. Name: Megan M. Mellert   (please print)

12. Office Phone Number: 415-264-9600

13. Agency: FBI

14. Signature: *Megan M Mellert*

15. Date: 6/14/2022

CR-64 (09/20)                REPORT COMMENCING CRIMINAL ACTION